CHAPTER 13 PLAN

Case No.: **14-81554**

Debtor(s): **Fred Ashford, Jr.**  SS#: **xxx-xx-7883**  Net Monthly Earnings: **401.38**

**Mattie L. Ashford**  SS#: **xxx-xx-6371**  Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **400.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **24,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **333.33** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citifinancial Mortgage** | $66,000.00 | ☐ by Trustee ☒ by Debtor $572.00 | | $5,000.00 | | 5.25% | $196.98 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **First Cash Express, LLC** | $7.00 | $1,300.00 | $1,300.00 | $0.00 | 1999 Ram Pickup | 5.25% | $51.22 | Month 9 |
| **First Franklin Financial** | $2.00 | $1,300.00 | $3,000.00 | $0.00 | 2004 Explorer | 5.25% | $51.22 | Month 9 |
| **Title Buck** | $2.00 | $1,400.00 | $1,500.00 | $0.00 | 2002 Cadilac Deville | 5.25% | $55.16 | Month 9 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☒ Other Provisions:
   **Special Intentions:**
   **CashMaster: Debtor is surrendering the 2000 Dodge Caravan to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

Name/Address/Telephone/Attorney for Debtor (s)   Date **June 6, 2014**   **/s/ Fred Ashford, Jr.**
**John Zingarelli ASB-6695-L69J**                                          **Fred Ashford, Jr.**
                                                                            Signature of Debtor
**PO Box 2145**                                                             **/s/ Mattie L. Ashford**
**Decatur, AL 35602**                                                       **Mattie L. Ashford**
Telephone # **(256) 350-1264**                                              Signature of Debtor

# United States Bankruptcy Court
## Northern District of Alabama

In re **Fred Ashford, Jr.** / **Mattie L. Ashford**, Debtor(s)

Case No. **14-81554**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 6, 2014**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- A-1 Title Pawn
- Advance America
- Amcol Systems
- Business Revenue Systems, Inc
- Cash Connection
- CashMaster
- Check n Go
- Checkredi
- Citifinancial Mortgage
- Complete Cash
- Emergency Physician Statement
- First Cash Express, LLC
- First Franklin Financial
- First National Collection Bureau, Inc.
- Lauderdale Radiology Group
- Madison Dental Care
- Revenue Recovery
- Sheps & Associates, PLLC
- Sun Loan Co
- Title Buck
- Title Cash
- Transworld Systems Inc

/s/ John Zingarelli
John Zingarelli ASB-6695-L69J
John Zingarelli, PC
PO Box 2145
Decatur, AL 35602
(256) 350-1264 Fax:(256) 350-2010
johnz@hiwaay.net